1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAYMOND A. BROWN,

11            Petitioner,                    No. CIV S-11-1602 GGH P

12        vs.

13   MIKE McDONALD, Warden,

14            Respondent.                    ORDER

15   _____/

16            Petitioner, a state prisoner proceeding through counsel, has filed an application for

17   a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.  In his

18   application, petitioner challenges a conviction issued by the Merced County Superior Court.

19   Merced County is part of the Fresno Division of the United States District Court for the Eastern

20   District of California.  See Local Rule 120(d).

21            Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.

25   ////

26   ////

1

1        Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern

3   District of California sitting in Fresno; and

4        2.  All future filings shall reference the new Fresno case number assigned and

5   shall be filed at:

6        United States District Court
         Eastern District of California
7        2500 Tulare Street
         Fresno, CA 93721

8

9   DATED: June 16, 2011

10

                                                    /s/ Gregory G. Hollows
11                                          _____
                                            GREGORY G. HOLLOWS
12                                          UNITED STATES MAGISTRATE JUDGE

13  GGH:mp
    brow1602.109
14

15

16

17

18

19

20

21

22

23

24

25

26